**No. 10M62. Robert J. Jaffe, Petitioner v. David P. Yaffe, et al.**

562 U.S. 1175, 131 S. Ct. 1035, 178 L. Ed. 2d 823, 2011 U.S. LEXIS 709.

January 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M63. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

562 U.S. 1175, 131 S. Ct. 1035, 178 L. Ed. 2d 823, 2011 U.S. LEXIS 886.

January 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M64. Paul Messer and Dorothy Calabrese, Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

562 U.S. 1175, 131 S. Ct. 1035, 178 L. Ed. 2d 823, 2011 U.S. LEXIS 744.

January 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.